■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID BROWN, Appellant. (Appeal No. 2.) [32 NYS3d 535]—Appeal from a judgment of the Onondaga County Court (Jeffrey R. Merrill, A.J.), rendered November 13, 2012. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Brown* ([appeal No. 1] 140 AD3d 1682 [2016]). Present—Whalen, P.J., Smith, Lindley, NeMoyer and Scudder, JJ.